# ATTACHMENT A

**CHARGES:**

## COUNT 1

On or about December 8, 2018, in Laclede County, in the Western District of Missouri, and elsewhere, the defendant, **JASON A. HAMANN**, knowingly and intentionally possessed, with the intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

**RANGE OF PUNISHMENT:**

21 U.S.C. § 841(a)(1) and (b)(1)(A)
NLT: 10 Years Imprisonment
NMT: Life Imprisonment
and/or $10 million fine
NLT 5 Years Supervised Release
Class A Felony
$100 Mandatory Special Assessment

## COUNT 2

On or about April 18, 2019, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **JASON A. HAMANN**, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**RANGE OF PUNISHMENT:**

21 U.S.C. § 841(a)(1) and (b)(1)(C)
NMT 20 Years Imprisonment
and/or $1 million fine
NLT 3 Years Supervised Release
Class C Felony
$100 Mandatory Special Assessment