*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**     **Date:**    **April 19, 2019**

**vs.**     **Case No.: 19-mj-2033-DPR**

**JASON HAMANN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**    Initial Appearance – Complaint

**Time Commenced:**    11:17 a.m.      **Time Terminated:**    11:19 a.m.

---

APPEARANCES

**Plaintiff:**    **Randy Eggert, AUSA**
**USPPTS:**    **Carrie Green**

---

**Proceedings:**    Parties appear as indicated above. Defendant appears in person. Counsel will be appointed by subsequent order. Government moves for pretrial detention.

           **Preliminary Hearing and Detention Hearing set for 4/24/2019 at 2:00 p.m.**

           **Defendant in custody.**

---

**Courtroom Deputy/ERO:**    **Karla Berziel**