IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.   19-MJ-2033DPR |
| | ) | |
| JASON A. HAMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ENTRY OF APPEARANCE**

Comes now Ann M. Koszuth, Assistant Federal Public Defender, and hereby enters

her appearance as counsel on behalf of defendant, Jason A. Hamann, in the above-entitled

cause of action.

Respectfully submitted,


*/s/Ann M. Koszuth*
**ANN M. KOSZUTH, #47046**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

April 19, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/Ann M. Koszuth*

**ANN M. KOSZUTH**