IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-mj-02033-DPR |
| ) | |
| **JASON A. HAMANN**, ) | |
| ) | |
| Defendant. ) | |

### *ENTRY OF APPEARANCE*

**COMES NOW** the United States of America, by and through the United States Attorney for the Western District of Missouri, and hereby informs the Court that Josephine L. Stockard, Assistant United States Attorney, hereby enters her appearance in this matter on behalf of Plaintiff. Plaintiff respectfully requests the Court to direct the Clerk of Court to remove Randall D. Eggert as government legal counsel from the CM/ECF docket sheet in the above-styled action.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By */s/ Josephine L. Stockard*
Josephine L. Stockard
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on April 22, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

 */s/Josephine L. Stockard*
Josephine L. Stockard
Assistant United States Attorney