*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**          **Date:**      **April 24, 2019**

**vs.**                                **Case No.:   19-mj-2033-DPR**

**JASON A. HAMANN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Preliminary Hearing**
                  **Detention Hearing**

**Time Commenced:  2:07 p.m.**                          **Time Terminated:  2:17 p.m.**

---

APPEARANCES

**Plaintiff:**      **Jody Stockard, AUSA**
**Defendant:**   **Ann Koszuth, FPD**
**USPPTS:**     **Carrie Green**

---

**Proceedings:  Parties appear as indicated above.  Defendant appears in person.**

**Preliminary Hearing:  Court takes notice of the court file which includes a signed affidavit in support of the complaint.  No evidence presented with regard to probable cause.  Court finds probable cause and orders the matter held for grand jury or other proceedings.**

**Detention Hearing:  The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer.  The Government has filed a *Motion for Detention Hearing* (Doc. 8).  Arguments made regarding Defendant's custody.  The Court takes matter of detention under advisement.**

**Custody:  Defendant in custody.**

---

**Courtroom Deputy/ERO:  Karla Berziel**